No. 75–1150. City of Philadelphia et al. v. New Jersey et al. Appeal from Sup. Ct. N. J. Motion of National Solid Wastes Management Assn. for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted.

No. 75–823. Belcher v. Stengel et al. C. A. 6th Cir. Certiorari granted.

No. 75–353. Piper et al. v. Chris-Craft Industries, Inc.;

No. 75–354. First Boston Corp. v. Chris-Craft Industries, Inc.; and

No. 75–355. Bangor Punta Corp. et al. v. Chris-Craft Industries, Inc. C. A. 2d Cir. Motion of Securities Industry Assn. for leave to file a brief as *amicus curiae* in No. 75–354 granted. Certiorari granted. Cases consolidated and a total of one and one-half hours allotted for oral argument. Reported below: 516 F. 2d 172.

No. 75–915. Bounds, Correction Commissioner, et al. v. Smith et al. C. A. 4th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–1028. Scanwell Laboratories, Inc. v. Thomas, Acting Administrator, Federal Aviation Administration, et al. C. A. D. C. Cir. Certiorari denied.